FILED
MAR 11 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>RICHARD SILLS,<br><br>           Defendant. | Criminal Case No. 08CR0213-LAB<br><br>I N F O R M A T I O N<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 43(a) and (b)(2)(A) - Threats Involving Animal Enterprises (Felony) |

The United States Attorney charges:

On or about December 5, 2007, within the Southern District of California, defendant RICHARD SILLS did use a facility of interstate commerce, to wit, a telephone, for the purpose of interfering with the operations of the University of California, San Diego's Leichtag Biomedical Research Building, an animal enterprise; and, in connection with that purpose, did intentionally damage and cause the loss of research animals and other items used in the course of scientific experiments, real and personal property used by the animal enterprise; the offense resulted in economic damage exceeding $10,000; in violation of Title 18, United States Code, Sections 43(a) and (b)(2)(A), a felony.

DATED: 3/11/08

KAREN P. HEWITT
United States Attorney

PETER J. MAZZA
Assistant U.S. Attorney