AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 11 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|

v.

RICHARD SILLS

CASE NUMBER: 08CR0213-LAB

I, RICHARD SILLS, the above named defendant, who is accused of Title 18, U.S.C., Sec. 43 - Threats Involving Animal Enterprises (Felony) being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on <u>March 11, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RICHARD SILLS
Defendant

JODI THORP
Counsel for Defendant

Before
HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE