U.S.A. vs **RICHARD SILLS, JR.**                              No. 08CR213-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on __March 11, 2008__ and ended on __6/16/08__ ; (     )

_____ and ended on _____ . (     )

**3161(h)**

____ (1)(A)    Exam or hrg for **mental or physical incapacity**    A

____ (1)(B)    **NARA examination (28:2902)**    B

____ (1)(D)    State or Federal trials or **other charges pending**    C

____ (1)(E)    **Interlocutory appeals**    D

____ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)    E

____ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)    F

____ (1)(J)    **Proceedings under advisement** not to exceed thirty days    G

____           Misc proc:  Parole or prob rev, deportation, **extradition**    H

____ (1)(H)    **Transportation** from another district or to/from examination
               or hospitalization in ten days or less    6

__✓__ (1)(I)   Consideration by Court of **proposed plea agreement**    7

____ (2)       **Prosecution deferred** by mutual agreement    I

____ (3)(A)(B) **Unavailability of defendant** or **essential witness**    M

____ (4)       Period of **mental or physical incompetence** of defendant to
               stand trial    N

____ (5)       Period of **NARA commitment or treatment**    O

____ (6)       **Superseding indictment and/or new charges**    P

____ (7)       **Defendant awaiting trial of co-defendant** when no severance
               has been granted    R

____ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
               one of the reasons below are given in support of continuance    T

____ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**    T1

          ✓    2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**

____ (8)(B)(ii)  2) **Case** unusual or **complex**    T2

____ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3

____ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
                    or give reasonable time to prepare
                    **(Continuance re counsel)**    T4

____ 3161(I)    Time up to **withdrawal of guilty plea**    U

____ 3161(b)    **Grand jury indictment time extended** thirty (30) more days    W

Date. **3/11/08**                          _____ Judge's Initials