1  JODI D. THORP
   California Bar No. 223663
2  427 "C" Street Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169 ext. 14
   jodithorp@thorplawoffice.com
4

5  Counsel for Mr. Sills

FILED
2008 JUL 29 PM 1:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR0213-LAB |
|---|---|
| Plaintiff, | ) DATE: July 28, 2008 |
| v. | ) TIME: 9:30 A.M. |
| RICHARD SILLS, | ) MOTION FOR ORDER |
| Defendant. | ) TO SHORTEN TIME |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Sentencing Memorandum* from five (5) days to three (3) days, to be heard July 28, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard. Counsel ordered psychological records for Mr. Sills as early as March 2008. When certain medical records were still outstanding, counsel again made a request on June 19, 2008. The psychological records for the California Correctional Alternatives were not available until July 25, 2008. Counsel needed to review these records for consideration for the sentencing memorandum. A courtesy copy has been provided to chambers and the government.

Respectfully submitted,

_____/s/_____

DATED: July 25, 2008

JODI THORP
Counsel for Mr. Sills