```
                                    FILED
                                2008 JUL 29 PM 1:30
                                CLERK US DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>         Plaintiff,                    )<br>                                        )<br> v.                                     )<br>                                        )<br> RICHARD SILLS,                         )<br>                                        )<br>         Defendant.                     )<br>                                        )<br>                                        )| Case No. 08CR0213-LAB<br><br><br><br><br>**ORDER TO SHORTEN TIME** |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's sentencing memorandum, be shortened to three (3) days, to be heard July 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: 7/25/08

_____
HONORABLE LARRY A. BURNS
United States District Judge