1  JODI D. THORP
   California State Bar No. 223663
2  427 C. Street, Suite #300
   San Diego, California 92101
3  Telephone: (619) 233-3169, x.14
   Fax: (619) 684-3569
4  jodithorp@thorplawoffice.com

5  Attorney for Mr. Richard Sills

FILED
2008 JUL 29 PM 1:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0213-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: July 25, 2008 |
| | ) | TIME: 9:30 a.m. |
| v. | ) | |
| | ) | MOTION TO FILE |
| RICHARD SILLS, | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM UNDER SEAL |
| Defendant. | ) | |

The above-named defendant, by and through counsel, requests to file the attached Sentencing Memorandum UNDER SEAL.

Mr. Sills' Sentencing Memorandum addresses very private information about his mental health. It also contains attachments to Bureau of Prison Psychological and Hospital records that were provided to defense counsel and deemed confidential, sensitive information.

This Court has the power and the authority to accept a defendant's submissions under seal. United States v. Gurolla, 333 F.3d 944, 952 (9th Cir. 2003) (district court properly sealed submissions regarding proposed entrapment defense); United States v. Hickey, 185 F.3d 1064 (9th Cir. 1999) (district court has the authority to accept financial affidavits submitted under seal). In this case, sealing the attached memorandum is necessary to protect Mr. Sills' privacy and for his safety while in custody.

//
//
//

1       Importantly, there is no public interest in this private information about Mr. Sills that
2 outweighs Mr. Sills' safety and privacy interests. Although the government has an interest in this information,
3 this interest will be satisfied by Mr. Sills providing them with a courtesy copy of this filing.

                                                             Respectfully submitted,

DATED: July 25, 2008                 /s *Jodi Thorp*
                                                             JODI D. THORP
                                                              Attorney for Mr. Sills